**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Paulette Stacy, | ) | Case No. 05-24524 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 719
          Chicago, Illinois 60604

    On:   October 26, 2006    Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $60,192.46 |
    | b. | Disbursements | $0.00 |
    | c. | Net Cash Available for Distribution | $60,192.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $6,259.62 | $98.32 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $33,235.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | GE Money Bank, d/b/a JCPenney Acct. No. CG8893RMS336275 c/o Recovery Management Systems Corporation for GE Money Bank 25 S.E. 2nd Avenue, #1120 Miami, FL  33131 | $988.42 | $988.42 |
| 2 | Chase Manhattan Bank USA, NA ************1265 eCAST Settlement Corporation As Assignee of Chase Manhattan Bank USA, NA P.O. Box 35480 Newark, NJ  07193-5480 | 11,004.43 | 11,004.43 |
| 3 | Chase Manhattan Bank USA, NA ************9200 eCAST Settlement Corporation As Assignee of Chase Manhattan Bank USA, NA P.O. Box 35480 Newark, NJ  07193-5480 | 10,761.39 | 10,761.39 |

2

| | | | |
|---|---|---|---|
| 4 | GE Money Bank d/b/a Wal-Mart<br>Acct. No. 603220RMS0447380<br>c/o Recovery Management Systems<br>Corporation for GE Money Bank<br>25 S.E. 2nd Avenue, #1120<br>Miami, FL  33131 | 3,816.38 | 3,816.38 |
| 5 | Citibank (USA), N.A.<br>Acct. No. 0153719465350<br>P.O. Box 182149<br>Columbus, OH  43218 | 6,664.64 | 6,664.64 |

8. Late-filed claims of general unsecured creditors totaling $54,255.96 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely-filed unsecured claims have been paid in full.  The general unsecured dividend for late-filed claims is anticipated to be 37.9668%.  Late-filed, allowed, general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 6 | NCO Financial<br>Acct. No. 5881593<br>P.O. Box 41448<br>Philadelphia, PA  19101 | 9,910.00 | 3,762.51 |
| 7 | Chase Bank Card<br>Acct. No. 5680300100270412<br>c/o Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S. Wacker Drive,#400<br>Chicago, IL  60606 | $7,989.81 | $3,033.48 |
| 8 | Fleet CC<br>Acct. No. 4071296887071074<br>300 Wakefield Drive<br>Newark, DE  19702 | 8,858.00 | 3,363.10 |
| 9 | Bank One Card Service<br>Acct. No. 4366163073052793<br>800 Brooksedge Boulevard<br>Westerville, OH  43081 | 7,628.00 | 2,896.11 |
| 10 | Resurgence Financial, LLC<br>Acct. No. R0023155<br>c/o Kaplan & Chaet, LLC<br>5215 Old Orchard Road, #300<br>Skokie, IL  60077 | 9,713.42 | 3,687.87 |

| 11 | Discover Bank | 10,156.73 | 3,856.19 |
|----|---------------|-----------|----------|
|    | Acct. No. 04-09779-0 | | |
|    | c/o Blatt, Hasenmiller, Leibsker & Moore LLC | | |
|    | 125 S. Wacker Drive,#400 | | |
|    | Chicago, IL  60606 | | |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

11. The debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

   0.00

Dated:  September 13, 2006                                        For the Court,

                                                                  By:
                                                                  KENNETH S GARDNER
                                                                  Kenneth S. Gardner
                                                                  Clerk of the U.S. Bankruptcy Court
                                                                  219 S. Dearborn Street, 7th Floor
                                                                  Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381