**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Paulette Stacy, | ) | Case No. 05-24524 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 719
         Chicago, Illinois 60604

   On:   October 26, 2006     Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $60,192.46 |
   | b. | Disbursements | $0.00 |
   | c. | Net Cash Available for Distribution | $60,192.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson
Trustee | $0.00 | $6,259.62 | $98.32 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $33,235.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100%.  Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | GE Money Bank, d/b/a JCPenney Acct. No. CG8893RMS336275 c/o Recovery Management Systems Corporation for GE Money Bank 25 S.E. 2nd Avenue, #1120 Miami, FL  33131 | $988.42 | $988.42 |
| 2 | Chase Manhattan Bank USA, NA ************1265 eCAST Settlement Corporation As Assignee of Chase Manhattan Bank USA, NA P.O. Box 35480 Newark, NJ  07193-5480 | 11,004.43 | 11,004.43 |
| 3 | Chase Manhattan Bank USA, NA ************9200 eCAST Settlement Corporation As Assignee of Chase Manhattan Bank USA, NA P.O. Box 35480 Newark, NJ  07193-5480 | 10,761.39 | 10,761.39 |

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | GE Money Bank d/b/a Wal-Mart<br>Acct. No. 603220RMS0447380<br>c/o Recovery Management Systems<br>Corporation for GE Money Bank<br>25 S.E. 2nd Avenue, #1120<br>Miami, FL  33131 | 3,816.38 | 3,816.38 |
| 5 | Citibank (USA), N.A.<br>Acct. No. 0153719465350<br>P.O. Box 182149<br>Columbus, OH  43218 | 6,664.64 | 6,664.64 |

8. Late-filed claims of general unsecured creditors totaling $54,255.96 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely-filed unsecured claims have been paid in full.  The general unsecured dividend for late-filed claims is anticipated to be 37.9668%.  Late-filed, allowed, general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 6 | NCO Financial<br>Acct. No. 5881593<br>P.O. Box 41448<br>Philadelphia, PA  19101 | 9,910.00 | 3,762.51 |
| 7 | Chase Bank Card<br>Acct. No. 5680300100270412<br>c/o Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S. Wacker Drive,#400<br>Chicago, IL  60606 | $7,989.81 | $3,033.48 |
| 8 | Fleet CC<br>Acct. No. 4071296887071074<br>300 Wakefield Drive<br>Newark, DE  19702 | 8,858.00 | 3,363.10 |
| 9 | Bank One Card Service<br>Acct. No. 4366163073052793<br>800 Brooksedge Boulevard<br>Westerville, OH  43081 | 7,628.00 | 2,896.11 |
| 10 | Resurgence Financial, LLC<br>Acct. No. R0023155<br>c/o Kaplan & Chaet, LLC<br>5215 Old Orchard Road, #300<br>Skokie, IL  60077 | 9,713.42 | 3,687.87 |

| | | | |
|---|---|---|---|
| 11 | Discover Bank<br>Acct. No. 04-09779-0<br>c/o Blatt, Hasenmiller, Leibsker &<br>Moore LLC<br>125 S. Wacker Drive,#400<br>Chicago, IL  60606 | 10,156.73 | 3,856.19 |

9.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

11. The debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: September 13, 2006                                    For the Court,

                                                             By:
                                                             KENNETH S GARDNER
                                                             Kenneth S. Gardner
                                                             Clerk of the U.S. Bankruptcy Court
                                                             219 S. Dearborn Street, 7th Floor
                                                             Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:   (312) 923-2981
FAX: (312) 840-7381

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Sep 13, 2006
Case: 05-24524                Form ID: pdf002          Total Served: 18
```

The following entities were served by first class mail on Sep 15, 2006.
```
db         +Paulette Stacy,   7751 S St louis,   Chicago, IL 60652-1420
aty        +Christopher A Weinum,   Law Office of Christopher Weinum,   407 S Dearborn,   Suite 1310,
             Chicago, IL 60605-1153
tr         +Ronald R Peterson,   Jenner & Block,   One IBM Plaza 38th Fl,   Chicago, IL 60611-3586
10481473   +BANK ONE CARD SERVICE,   800 BROOKSEDGE BLVD,   WESTERVILLE OH 43081-2822
9475929    +Chase Bank Card,   C/o Blatt, Hasenmiller, Leibsker & Moore,   125 S. Wacker Drive, Suite 400,
             Chicago, Il 60606-4440
10805654   +Citibank (USA) NA,   POB 182149,   Columbus OH 43218-2149
9475930    +Discover Bank,   c/o Baker, Miller, Markoff & Krasny, LLC,   29 N. Wacker Drive, 5th Floor,
             Chicago, Illinois 60606-2840
10481474   +FIRST USA,   DEPT OH-0552 ATTN CDV,   800 BROOKSEDGE BV 3 WEST,   WESTERVILLE OH 43081-2822
10481475   +FLEET CC,   300 WAKEFIELD DRIVE,   NEWARK DE 19702-5419
9475931    +JC Penney,   PO Box 981131,   El Paso, TX 79998-1131
10481476   +NCO FINANCIAL,   PO BOX 41448,   PHILADELPHIA PA 19101-1448
10743082   +Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10684126   +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9475932    +Resurgence Financial, LLC,   c/o Kaplan & Chaet, LLC,   5215 Old Orchard Road, Suite 300,
             Skokie, Illinois 60077-1020
9475933     Sears,   PO Box 182149,   Columbus, OH 43218-2149
9475934     Walmart,   PO Box 530927,   Atlanta, GA 30353-0927
9475935     Washington Mutual Bank, FA,   PO Box 3139,   Milwaukee, WI 53201-3139
10734830    eCAST Settlement Corporation assignee of,   Chase Manhattan Bank USA NA,   POB 35480,
             Newark NJ 07193-5480
```

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2006**                    **Signature:**   _Joseph Speetjens_